# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **JOSEPH GAUTHIER, ET AL.,** § | |
| § | |
| Plaintiffs, § | |
| § | CASE NO. 6:13-CV-046-LED |
| v. § | |
| § | |
| **TRICAN WELL SERVICE, L.P.,** § | |
| § | |
| Defendant. § | |
| § | |

## ORDER

Before the Court is the parties Joint Motion for Leave to Exceed the Page Limits for Plaintiff's Non-Dispositive Motion and Defendant's Response (Dkt. No. 10). The Motion is **DENIED**. Plaintiff requests that the Court consider its 28-page Motion for Conditional Certification of Collective Action and Brief in Support as filed on March 1, 2013. Defendant requests leave to file a 25-page response. The Local Rules' page limits ease the burden of motion practice on both the Court and the parties. This Court has hundreds of complex cases and deals with a large number of motions each year. It has become common practice for parties to regularly expect to exceed the District's page limits on nearly all briefs filed in this Court, which has placed an increased burden on the Court. Even small extensions combine to greatly increase the number of pages of briefing the Court must digest, as well as ruling on all of the motions to exceed page limits. Furthermore, the parties do no articulate any reason to exceed the page limits. Accordingly, the Court **DENIES** the motion. Plaintiff may refile its Motion for Conditional Certification of Collective Action in compliance with the page limits rules within one business day, otherwise the Court will only consider the Motion for Conditional Certification to the extent

it complies with the rules. Further, the Court reminds the parties that all filings in this Court shall be in 12-point, double-spaced, Times New Roman font with no less than 1 inch margins.

**So ORDERED and SIGNED this 30th day of April, 2013.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**