JOSEPH GAUTHIER, Individually and                                                    **PLAINTIFF**
On Behalf of All Others Similarly Situated


vs.                                                       No. 6:13-cv-46


**TRICAN WELL SERVICE, L.P.**                                                       **DEFENDANT**


## CONSENT TO JOIN COLLECTIVE ACTION

I was a salaried Field Engineer at Trican Well Service, L.P. on or after October 25, 2010. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid overtime compensation. As a present or former salaried Field Engineer at Trican, I consent to becoming a party plaintiff to this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____                      7601 Cold Springs Dr.
SIGNATURE                                                           Mailing Address
                                                                                 Corpus Christi, TX 78413
Scott A. Magnuson                                            City, State and Zip
PRINTED NAME                                                 406-670-4126
                                                                                 Phone Number
                                                                                 magnusonsa@gmail.com
Date: November 1, 2013                                Email Address


**RETURN FOR FILING BEFORE January 23, 2014, to:**

   Josh Sanford, Esq.
   **SANFORD LAW FIRM, PLLC**
   **One Financial Center**
   650 South Shackleford Road, Suite 110
   Little Rock, Arkansas 72211
   Phone: (501) 221-0088
   Facsimile: (888) 787-2040
   josh@sanfordlawfirm.com