IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOSEPH GAUTHIER, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 6:13-cv-00046-LED |
| TRICAN WELL SERVICE, L.P., | § § § | |
| Defendants. | § | |

## JOINT MOTION TO STAY ALL DEADLINES
## AND NOTICE OF SETTLEMENT

Plaintiffs Joseph Gauthier ("Gauthier"), Scott A. Magnuson ("Magnuson"), and David Unterkircher ("Unterkircher") (collectively, "Plaintiffs") and Defendant Trican Well Service, L.P. ("Defendant") (collectively, the "Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement as follows:

## I.
## BACKGROUND

1. This action was filed in the Eastern District of Texas by Joseph Gauthier on January 9, 2013, pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA"). On November 4, 2013, Magnuson filed his opt-in consent. On January 14, 2014, Unterkircher filed his opt-in consent. Plaintiffs alleged that they were misclassified as exempt employees and denied overtime pay.

2. Defendant answered and denied the material allegations in Plaintiffs' complaint.

3.     Defendant has agreed to settle Plaintiffs' claims, and Plaintiffs have agreed to compromise their claims on the terms and conditions set forth in the Settlement Agreement and Release of Claims to be provided to the Court for review.

## II.
## HEARING AND STAY

4.     The Parties request that the Court hold a hearing to consider the Settlement Agreement and Release of Claims that has been signed by the Parties.

5.     The Parties request that the Court stay the unreached deadlines contained in the Court's Docket Control order until the Court holds a hearing on the Settlement Agreement and Release of Claims.

## III.
## CONCLUSION AND PRAYER

For these reasons, the Parties jointly request that this Court stay all deadlines pending the Court's approval of the settlement of agreement reached by the Parties.

Respectfully submitted this 2nd day of September, 2014.

| | |
|---|---|
| /s/ Josh Sanford | /s/ John B. Brown |
| Josh Sanford | John B. Brown |
| Texas Bar No. 24077858 | Texas Bar No. 00793412 |
| josh@sanfordlawfirm.com | john.brown@ogletreedeakins.com |
| | Angela Clanton Green |
| **SANFORD LAW FIRM, PLLC** | Texas Bar No. 24040695 |
| One Financial Center | angela.green@ogletreedeakins.com |
| 650 S. Shackleford Road, Suite 411 | Ryan M. Miller |
| Little Rock, Arkansas 72211 | Texas Bar No. 24070281 |
| Telephone: (501) 221-0088 | ryan.miller@ogletreedeakins.com |
| Facsimile: (888) 787-2040 | |
| | **OGLETREE, DEAKINS, NASH, SMOAK** |
| **ATTORNEY FOR PLAINTIFF** | **& STEWART, P.C.** |
| | Preston Commons, Suite 500 |
| | 8117 Preston Road |
| | Dallas, Texas  75225 |
| | Telephone: 214-987-3800 |
| | Facsimile:  214-987-3926 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

This is to certify that on September 2, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following counsel for Plaintiff, an ECF registrant.

/s/ John B. Brown
John B. Brown

18836990.1