**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| JOSEPH GAUTHIER, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 6:13-cv-00046-LED |
| TRICAN WELL SERVICE, L.P., | § § § | |
| Defendants. | § | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is Parties' Joint Motion to Stay All Deadlines and Notice of Settlement to the Court (the "Motion"). After considering the Motion, the Court finds that the Motion should be granted. It is, therefore,

ORDERED that all deadlines in the above-referenced matter are STAYED.

So ORDERED and SIGNED this _____ day of _____, 2014.